> The Motion (Doc. No. 93) is granted.
> IT IS SO ORDERED.
>
> *Eli Richardson*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION
CASE NO. 3:22-cv-00406

In the Matter of the Complaint of
Ingram Barge Company LLC as owner
of the M/V Clarence G. Frame,
Official No. 574683 and
Barge ZT309, Official No. 1042758
for Exoneration from or Limitation of Liability

---

### JOINT MOTION TO STAY ALL PRETRIAL FILING DEADLINES
(Electronically Filed)

---

Pursuant to the Court's Order canceling the December 10, 2024 trial date, the parties conferred and presume that the additional pretrial deadlines listed in the Court's Order of March 19, 2024 (DN 81) are also canceled. However, in order to ensure a clear record, the parties submit this Joint Motion to Stay All Pretrial Filing Deadlines. Specifically, the deadlines to be stayed are the motions in limine and objections to experts due November 18, 2024, information to be exchanged but not filed by November 18, 2024, and pretrial filing deadlines set for November 25, 2024, all of which were listed in the Court's Order of March 19, 2024 (DN 81).

RESPECTFULLY SUBMITTED, this the 18th day of November, 2024.